Nos. 832, 833, and 834. MATEO FAJARDO CARDONA, PLAINTIFF IN ERROR, *v.* PEOPLE OF PORTO RICO. In error to the Supreme Court of Porto Rico. Motion to dismiss or affirm submitted May 7, 1917. Decided May 21, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Overton* v. *Oklahoma,* 235 U. S. 31; *Stewart* v. *Kansas City,* 239 U. S. 14. *Mr. Willis Sweet* for plaintiff in error. *Mr. S. T. Ansell* for defendant in error.

---

No. 250. STATE OF NEBRASKA EX REL. HENRY C. BITTENBENDER AND ADA M. BITTENBENDER, PLAINTIFFS IN ERROR, *v.* EXCISE BOARD OF THE CITY OF LINCOLN, NEBRASKA. In error to the Supreme Court of the State of Nebraska. Submitted May 1, 1917. Decided May 21, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Mellon Co.* v. *McCafferty,* 239 U. S. 134; (2) *Jones* v. *Montague,* 194 U. S. 147; *Richardson* v. *McChesney,* 218 U. S. 487; *Stearns* v. *Wood,* 236 U. S. 75. *Mrs. Ada M. Bittenbender* for plaintiffs in error. *Mr. C. Petrus Peterson* and *Mr. George W. Berge* for defendant in error.